IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

ANGEL KINDALL                                                                                          PLAINTIFF

V.                                         NO.  3:07cv00045 JWC

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                                                           DEFENDANT

## JUDGMENT

Pursuant to the Memorandum Opinion and Order filed this date, judgment is entered affirming the final decision of the Commissioner and dismissing Plaintiff's case, with prejudice; the relief sought is denied.

IT IS SO ORDERED this 12th day of September, 2008.

_____
UNITED STATES MAGISTRATE JUDGE